No. —, October Term, 1941. Wetzel v. Schaefer. October 12, 1942. 316 U. S. 647.

No. 772, October Term, 1941. Brillhart, Administrator, v. Excess Insurance Co. October 12, 1942. 316 U. S. 491.

No. 914, October Term, 1941. Casebeer v. Hudspeth, Warden. October 12, 1942. 316 U. S. 683.

No. 1141, October Term, 1941. Berry et al. v. Bohn Aluminum & Brass Corp. et al. October 12, 1942. 316 U. S. 689.

No. 1157, October Term, 1941. Helton, Administrator, v. Thompson, Trustee. October 12, 1942. 316 U. S. 688.

No. 1167, October Term, 1941. Moody et al. v. Toole County Irrigation District. October 12, 1942. 316 U. S. 690.

No. 1176, October Term, 1941. Mesta v. Commissioner of Internal Revenue. October 12, 1942. 316 U. S. 695.

No. 1184, October Term, 1941. Owens v. Commissioner of Internal Revenue. October 12, 1942. 316 U. S. 704.

No. 1198, October Term, 1941. Mason v. Anderson-Cottonwood Irrigation District. October 12, 1942. 316 U. S. 697.